# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2009

Marilyn Kelly,
Chief Justice

138816

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re CHASE LUKE BROOKMAN, Minor.
_____

LEANN JOAN BROOKMAN,
       Petitioner-Appellee,

and

ADOPTION ASSOCIATES,
       Appellee,

v

JAMES VERNON BLEVINS, II,
       Respondent-Appellant.

SC: 138816
COA: 287131
Ottawa CC Family Division:
08-002826-RB

_____/

On order of the Court, the application for leave to appeal the April 7, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 22, 2009

_____
Clerk

s0519